IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL KRACKENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN MEMORIAL HOSPITAL, META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, and INSTAGRAM, LLC,<br><br>Defendants. | Case No. 1:22-cv-04203<br><br>Hon. Charles R. Norgle |

## ORDER

The Court has considered the Parties' agreed motion requesting certain relief related to this action. The Court has determined the agreed motion should be granted. It is therefore Ordered, Adjudged, and Decreed as follows:

1. The Plaintiff's claims against the Meta Defendants are hereby severed from the claims against Northwestern Memorial Hospital.

2. The Court will enter a separate order of transfer of the severed claims against the Meta Defendants to the Northern District of California.

3. The Plaintiff's claims against Northwestern Memorial Hospital are hereby stayed pending the outcome of the Parties' agreed arbitration of the Plaintiff's claims in Cook County Illinois.

4. Krackenberger and Northwestern Memorial Hospital are directed to file a status report regarding the progress of the arbitration in six months if the arbitration is not concluded sooner.

IT IS SO ORDERED: 9/21/22    ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: 9/21/22