## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Michael Krackenberger

                        Plaintiff,

v.                                          Case No.: 1:22–cv–04203
                                          Honorable Virginia M. Kendall

Northwestern Memorial Hospital, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed pursuant to Joint Status Report [67] advising that the Arbitrator entered his final award. Parties conferred and agreed that case can be dismissed. Status hearing set for 10/8/2024 is stricken. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.